DANIEL J. BRODERICK, BAR #89424
Acting Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:04-cr-05189 AWI |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S MOTION TO EXTEND SURRENDER DATE; AND ORDER THEREON |
| v. | ) | |
| REBECCA WESTOVER, | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |

On February 27, 2004, this Court sentenced defendant Rebecca Westover in the above-referenced proceeding.  Ms. Westover was sentenced to a term of ten (10) months, with a surrender date of  April 10, 2006 at 2:00 p.m., to her institution of designation, or if no institution had  been designated, to the United States Marshal's Service in Fresno, California.  Counsel for Ms. Westover received a Memorandum, dated April 5, 2006, from Susan M. Perry, Legal Technician of the U.S. Marshal's Service, Fresno, California, wherein Ms. Perry advises that Ms. Westover has not yet been designated to her facility and suggests a Court order be obtained to extend Ms. Westover's surrender date. (Exhibit "A")

It is respectfully requested that the Court grant Ms. Westover an extension to surrender herself to

///
///
///
///

serve her custodial sentence from April 10, 2006 to **April 24, 2006 at 2:00 p.m.**

DATED: April 6, 2006

Respectfully submittted,

DANIEL J. BRODERICK
Acting Federal Defender


/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorneys for Defendant

## **ORDER**

**IT IS SO ORDERED** that defendant, Rebecca Westover's surrender date of April 10, 2006 at 2:00 p.m. be extended to **April 24, 2006 at 2:00 p.m.**

IT IS SO ORDERED.

**Dated:     April 7, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE